IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-30575
Summary Calendar

_____

BOBBY ODUS,

Petitioner-Appellant,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL;
IMMIGRATION AND NATURALIZATION SERVICE,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-CV-1902
--------------------
February 7, 2003

Before BARKSDALE, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Bobby Odus ("Odus") appeals the district court's judgment dismissing his petition for writ of habeas corpus with prejudice. Odus argues that the district court erred in finding that Odus' petition was moot upon his deportation. The district court did not err in finding that Odus' argument regarding the length of his detention, pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), became moot upon his deportation. See Umanzor v. Lambert, 782 F.2d

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1299, 1301 (5th Cir. 1986).  Because Odus failed to argue in his initial brief on appeal that the district court erred in finding that the only issue before it was the length of post-removal-order detention, he is deemed to have abandoned the issue of discretionary relief pursuant to <u>INS v. St. Cyr</u>, 533 U.S. 289 (2001).  <u>See</u> <u>Cousin v. Trans Union Corp.</u>, 246 F.3d 359, 373 n.22 (5th Cir.), <u>cert.</u> <u>denied</u> 122 S. Ct. 346 (2001).

AFFIRMED.